| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Orange Coast Rebuilding, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **33-0066111**

**4. Debtor's address**

Principal place of business

**4616 E. La Palma Avenue**
**Anaheim, CA 92807**
Number, Street, City, State & ZIP Code

**Orange**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **www.orangecoastrebuilding.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Orange Coast Rebuilding, Inc.**_____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___3332___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Orange Coast Rebuilding, Inc.** _____ Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Orange Coast Rebuilding, Inc.**                                         Case number (*if known*)
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 16, 2017**
                MM / DD / YYYY

**X** **/s/ Jerry Remick**                                                       **Jerry Remick**
Signature of authorized representative of debtor                                 Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Thomas F. Nowland**                                   Date  **June 16, 2017**
Signature of attorney for debtor                                        MM / DD / YYYY

**Thomas F. Nowland**
Printed name

**The Law Offices of Thomas F. Nowland**
Firm name

**20241 SW Birch Street Ste 203**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **949-221-0005**       Email address  **tom@nowlandlaw.com**

**236824**
Bar number and State

.

Orange Coast Rebuilding, Inc.
4616 E. La Palma Avenue
Anaheim, CA 92807


Thomas F. Nowland
The Law Offices of Thomas F. Nowland
20241 SW Birch Street Ste 203
Newport Beach, CA 92660


Arnold Publications
16835 Algonquin Street Ste 158
Huntington Beach, CA 92649


Bearings & Drives, Inc.
1581 Orangethorpe Way
Anaheim, CA 92801


California Institute of Technology
c/o Tina Tran, Esq.
Office of the General Counsel
4800 Oak Grove Drive, MS 180-305
Pasadena, CA 91109-8099


Cintas Corp
P.O. Box 29059
Phoenix, AZ 85038-9059


Economy Equipment Rentals
1771 W. Lincoln Avenue
Anaheim, CA 92801


Firemaster
13050 Metro Parkway Ste 1
Fort Myers, FL 33966

```
Franchise Tax Board
Personal Bankruptcy MS A 260
P.O. Box 2952
Sacramento, CA 95812-2951


H & E Gear
16323 ½ Puma Avenue
Cerritos, CA 90703


Heidenhain Corporation
222 Remington Rd
Schaumburg, IL 60173


JPL
4800 Oak Grove Drive
Pasadena, CA 91109


Machine Shop Solutions
930 Acorn Lane
Corona, CA 92880


McFadden-Dale
2925 East La Palma Avenue
Anaheim, CA 92806


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


Sunstate Equipment Company
P.O. Box 52581
Phoenix, AZ 85072-2581
```

Superior Court California
Stanley Mosk Courthouse
111 North Hills Street
Los Angeles, CA 90012


Timothy J. Grant, Esq.
William K. Koska, Esq.
Frederickson, Mazeika & Grant, LLP
5720 Oberline Drive
San Diego, CA 92121-1723


Wells Fargo Business Correspondence
P.O. Box 6995
Portland, OR 97228-6995